## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

VICKI PIONTEK,                                              Civil No. 08-5401 (JRT/JJG)

                    Plaintiff,

v.                                                          **ORDER ADOPTING REPORT AND RECOMMENDATION**

MESSERLI & KRAMER, P.A.,
WILLIAM F. MESSERLI, AND ROSS
E. KRAMER.

                    Defendants.

___

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated January 22, 2009 [Docket No. 6]. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.


DATED: February 20, 2009
at Minneapolis, Minnesota.                                  s/John R. Tunheim
                                                                     JOHN R. TUNHEIM
                                                       United States District Judge